IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. COLLINS,<br><br>        Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>        Defendant.<br>_____/ | CASE NO. CV-F-03-6915 LJO<br><br>**AMENDMENT TO ORDER TO GRANT PETITION FOR ATTORNEY FEES**<br>(Doc. 36) |

The Court has reviewed plaintiff's motion for reconsideration of this Court's Order to Grant Petition for Attorney Fees. (Doc. 36.) For good cause shown, and based also upon the non-opposition of defendant, the Court GRANTS the motion. The Order to Grant Petition for Attorney Fees shall be amended and modified to read as follows, on p.6, lines 10-12:

"For the reasons discussed above, this Court GRANTS the petition of plaintiff's attorney for a $14,601.00 for attorneys fees, **less a credit of $4,942.60** for the prior EAJA award. The Court DENIES the petition for award of litigation costs of $1,057.14."

IT IS SO ORDERED.

**Dated:   August 28, 2006**              /s/ Lawrence J. O'Neill
b9ed48                                           UNITED STATES MAGISTRATE JUDGE

1